UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 5.0.3**
Eastern Division

Joseph Cigler

                              Plaintiff,

v.                                             Case No.: 1:11–cv–08127
                                                    Honorable Ronald A.
                                                    Guzman

Four Seasons Heating & Air Conditioning, Inc.,
et al.

                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 8, 2012:

      MINUTE entry before Honorable Ronald A. Guzman: Pursuant to stipulation to dismiss, it is hereby ordered that this case is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Any pending motions or schedules in this case are stricken as moot. Civil case terminated. Mailed notice (cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.